**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER JENKS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:22-cv-01468 SVW (PLAx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　Hon. Stephen V. Wilson<br>Ctrm:　10A, 10th Floor<br><br>Complaint Filed:　March 4, 2022 |

　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:22-cv-01468 SVW (PLAx), is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

　　**IT IS SO ORDERED.**

Dated: _____August 11__, 2022　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　United States District Judge